UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 2:17-CV-01822-MCE-EFB |
| Plaintiff, | **ORDER** |
| v. | |
| FRIEDRICH ENTERPRISES, L.P. a California Limited Partnership; RED RIVER, LLC, a California Limited Liability Company; JIVTESH GILL; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE